UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| KYLE MAURICE PARKS, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) No. 2:23-cv-00185-JMS-MJD |
| S. KALLIS (Warden), | ) ) ) |
| Respondent. | ) |

**FINAL JUDGMENT**

The Court has ordered that this action be **dismissed for lack of jurisdiction**. The Court now enters **FINAL JUDGMENT**.

Date: 7/31/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Distribution:

KYLE MAURICE PARKS
44051-044
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
bob.wood@usdoj.gov